IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

Filed/Docketed
January 4, 2010

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **Arlene Louise Vreeland,** ) | Case No.   09-13287-M |
| ) | Chapter   7 |
| DEBTOR. ) | |

## ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY AND MOTION FOR ORDER OF ABANDONMENT

This Court, upon review of the Request for Entry of Order filed herein by U.S. Bank, N.A., and the pleadings on file in this case, finds as follows:

1. U.S. Bank, N.A. filed its Motion for Relief from the Automatic Stay, Motion for Order of Abandonment and Notice of Opportunity for Hearing (the "Motion") on December 8, 2009, regarding the real property described as:

> Lot Eighteen (18), Block Three (3), ROLLING HILLS THIRD ADDITION, an Addition to Tulsa County, State of Oklahoma, according to the Recorded Plat thereof, commonly known as 31 South 188th East Avenue, Tulsa, Oklahoma 74108

(the "Property").

2. The Motion was mailed to the official mailing matrix which includes the Debtor, Debtor's counsel and the Trustee on December 8, 2009, as indicated by the Certificate of Mailing attached to the Motion.

3. The Motion set forth the time for filing an objection to the Motion and no objections have been filed.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that the stay imposed by 11 U.S.C. Section 362 is hereby modified and U.S. Bank, N.A. is entitled to pursue its remedies against the Property.

14336/SB

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that all interest the Trustee may have in and to the Property is hereby abandoned.

DATED this 4th day of January, 2010.

BY THE COURT:

TERRENCE L. MICHAEL
UNITED STATES BANKRUPTCY JUDGE

Submitted by:

s/ Stacie Bryza
Brian J. Rayment, OBA #7441
Stacie Bryza, OBA #19643
Kivell, Rayment and Francis, P.C.
Triad Center, Suite 240
7666 East 61st Street
Tulsa, Oklahoma 74133
Phone: (918) 254-0626
Facsimile: (918) 254-7915

ATTORNEYS FOR CREDITOR